UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HALL and CARLOS CANTU,<br><br>  Plaintiffs,<br><br>  v.<br><br> KRAFT HEINZ FOOD COMPANY (LLC), et al.,<br><br>  Defendants. | Case No. 1:19-cv-00565-NONE-BAM<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**<br><br>(Doc. No. 18) |

Pursuant to the parties' stipulation filed on April 1, 2020, and good cause appearing, the request to modify the Scheduling Order is HEREBY GRANTED. Fed. R. Civ. P. 16(b). The deadlines are modified as follows:

- Discovery Cutoff     June 9, 2020
- Expert Disclosure     June 23, 2020
- Supplemental Expert Disclosure     July 21, 2020
- Expert Discovery Cutoff     August 25, 2020
- Pretrial Motion Filing Deadline     September 15, 2020
- Pretrial Conference     December 1, 2020
  9:00 AM
  Courtroom 4 (NONE)

///

1

In addition to the foregoing, the trial currently scheduled for November 9, 2020, is CONTINUED to February 2, 2021, at 8:30 AM in Courtroom 4 (NONE).  The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause.  Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **April 2, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE