UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HALL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRAFT HEINZ FOOD COMPANY (LLC), et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00565-NONE-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES**<br><br>(Doc. No. 20) |

Currently before the Court is the parties' second stipulation to modify the scheduling order in this case. (Doc. No. 20.) Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the parties' request. To accommodate the Court's calendar as well as the availability of judges to decide this case, and in light of the Standing Order issued by District Judge Dale A. Drozd (Doc. No. 17-1), IT IS HEREBY ORDERED that the Scheduling Order (Doc. No. 16) is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | August 8, 2020 |
| Expert Discovery Cutoff: | October 23, 2020 |
| Pretrial Motion Filing Deadline: | November 13, 2020 |
| Pretrial Conf: | **April 16, 2021**<br>1:30 p.m.<br>Dept 4 (NONE) |

1

Trial: **June 1, 2021**
8:30 a.m.
Dept 4 (NONE)

All other deadlines set forth in the Scheduling Order remain unchanged.

The Court notes that the parties filed their stipulation on July 31, 2020, nearly two months after the non-expert discovery deadline had lapsed on June 9, 2020. (*See* Doc. Nos. 19, 20.) The parties are cautioned that future requests for extensions brought after the applicable deadline has expired will be denied as untimely. *See* L.R. 144(d).

The parties are also advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: __August 3, 2020__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE