# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HALL and CARLOS CANTU,<br><br>        Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOOD COMPANY (LLC), MATT NINO, and DOES 1-50, inclusive,<br>        Defendants. | No. 1:19-cv-00565-NONE-BAM<br><br><u>ORDER TO STAY HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT</u><br><br>Hearing Date:  December 15, 2020<br>Time:  8:30 a.m.<br><br>Action Filed:  March 26, 2019<br>Date of Removal:  May 1, 2019<br>Trial Date:  June 1, 2021 |

    Plaintiffs PATRICK HALL and CARLOS CANTU ("Plaintiffs") and Defendants KRAFT HEINZ FOOD COMPANY (LLC) (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Stipulation to Stay the Hearing on Defendant's Motion for Summary Judgement, or in the Alternative, Partial Summary Judgment.

/ / /

/ / /

/ / /

/ / /

1

**ORDER**

The Honorable Court, having considered the Parties' STIPULATION TO CONTINUE TRIAL AND RELATED DATES, and GOOD CAUSE having been shown, hereby GRANTS the Parties' Stipulation as follows:

- The hearing on Defendant's Motion for Summary Judgement, or in the Alternative, Partial Summary Judgment currently set for December 15, 2020 shall be stayed to March 16, 2021.

IT IS SO ORDERED.

Dated:   **December 15, 2020**             _/s/ Dale A. Drozd_
                                                          UNITED STATES DISTRICT JUDGE